action (so far as she could) against the village. But if by statute the railroad is made the primary offender, bound in the first instance to repair such a hole, obviously plaintiff could not let the railroad out and seek redress against the village. I fail to see any force in the point that this defense was not pleaded, when the facts were unqualifiedly admitted on the trial by plaintiff's trial counsel. Hence I dissent.

Thomas SNYDER, respt., v. Charles P. DICKINSON, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs. Cochrane, J., not sitting.

Bessie SNYDER, as admx., etc., respt., v. ROCHESTER IRON & METAL CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

SOCIÉTÉ FRANÇAISE DES FILMS ET CINEMATOGRAPHES "ECLAIR," Respondent, v. PINE HOLDING CORPORATION et al., Appellants. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the Société Française des Films et Cinematographes "Eclair," against the Pine Holding Corporation and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

John SOLINSKIE, appellant, v. Philadelphia & READING COAL & IRON COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Angelina SORGE, widow of Paul Sorge, deceased, claimant-respondent, v. ALDEBARAN COMPANY, employer, and Zurich General Accident and Liability Insurance Company, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

In the Matter of the Assignment of Thomas H. SPAULDING and one, etc., to John R. Keim, for the benefit of creditors, etc. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Order affirmed with costs. All concur; Lambert, J., not sitting.

Fred K. SPEER, applt., v. City of JAMESTOWN and one, respts. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment affirmed with costs. All concur.

Richard A. SPRINGS et al., Respts., v. Thomas H. McMILLAN, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of Willard G. STANTON. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Referee's report approved and charges dismissed. Settle order on notice.

STEEL STORAGE & ELEVATOR CONSTRUCTION CO., respt., v. Alex STOCK, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and orders affirmed with costs. All concur.

STEIN et al. v. CHEMICAL IMPORTING & MFG. CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Appeal from Special Term, New York County. Action by Leo Stein and others against the Chemical Importing & Manufacturing Company. From an order denying defendant's motion for a bill of particulars, it appeals. Order reversed, and motion granted in part.

PER CURIAM. The order appealed from is reversed, and the motion granted, to the extent of requiring the plaintiff to serve a bill of particulars as to demand No. 1 in the affidavit upon which the motion was made, without costs of this appeal. Settle order on notice.

Bertha STEINBERG, plaintiff, v. Lizzie C. DOSCHER, impleaded, etc., respondent; Thomas Kohlweiss, purchaser-appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

STEWART, Respondent, v. GILLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Allan B. Stewart against Dwight D. Gillett. No opinion. Judgment (79 Misc. Rep. 93, 139 N. Y. Supp. 583) affirmed, with costs.

In the Matter of the Application of Grosvenor W. STICKNEY for a writ of mandamus against Frank M. Williams, as State Engineer, etc. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Order affirmed. All concur.

STORCH, Respondent, v. STORCH, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Fannie Storch against Joseph Storch. No opinion. Judgment affirmed, with costs.

James H. STRYKER v. James McCLENAHAN. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application denied, with $10 costs. Order signed.

John SULLIVAN, respondent, v. The BRADLEY CONTRACTING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.